# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID ERICKSON,<br>ROBERT GRIGGS, and<br>DIANHAI DU,<br><br>      Plaintiffs,<br><br>vs.<br><br>JEFFREY HORING,<br>RAMANAN RAGHAVENDRAN,<br>INSIGHT CAPITAL PARTNERS II, LP,<br>INSIGHT CAPITAL PARTNERS III, LP,<br>INSIGHT CAPITAL PARTNERS (CAYMAN) II, LP,<br>INSIGHT CAPITAL PARTNERS (CAYMAN) III, LP,<br>WI SOFTWARE INVESTORS, LLC,<br>IMPRIMIS SB, LP,<br>W-E INVESTORS, LLC, and,<br>ELIANCE CORPORATION,<br><br>      Defendants. | Court File No. 9-CV-1468 JRT/FLN<br><br><br><br><br>**ORDER APPROVING<br>STIPULATION FOR EXTENSION<br>OF TIME TO ANSWER** |

    Before the court is a stipulation filed by Plaintiffs and Defendants stipulating to an extension of Defendants' time to Answer Plaintiffs' Second Amended Verified Complaint or to respond thereto by Motion under Federal Rule of Civil Procedure 12(b) until December 22, 2000. Such stipulation is hereby **APPROVED** and it is **ORDERED** that Defendants shall have until December 22, 2000 to Answer Plaintiffs' Second Amended Verified Complaint or to respond thereto by Motion under Federal Rule of Civil Procedure 12(b).

Dated: __Nov. 29__, 2000

                                                                       John R. Tunheim
                                                                       United States District Judge

FILED NOV 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK